**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

BARRY FREEMAN,                          :   No. 55 EM 2018
                                        :
                    Petitioner          :
                                        :
                                        :
                                        :
            v.                          :
                                        :
                                        :
                                        :
PHILADELPHIA DISTRICT ATT. OFFICE       :
OFFICE OF ATTORNEY GENERAL,             :
                                        :
                    Respondents         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of July, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.